IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Samantha Courtney Harris – #170337

_____/

No. C 13-80050 WHA

**ORDER OF SUSPENSION**

   Because Samantha C. Harris has failed to respond to the order to show cause, Ms. Harris' membership in the bar of this Court is hereby **SUSPENDED**.

   **IT IS SO ORDERED.**

Dated: May 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE